## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:   ALONZA TEEL, JR.                                              Case No.:   05-10622-8-JRL
         EVELYN W. TEEL


### REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| GMAC RESCAP, LLC<br>MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | $4.50 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.


DATED:  January 6, 2010


                                                /S/ RICHARD M. STEARNS
                                                RICHARD M. STEARNS
                                                Chapter 13 Trustee
                                                Post Office Box 2218
                                                Kinston, North Carolina 28502
                                                Phone:  (252) 523-2295